# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

MOHAMMED IBRAHIM HASSAN               CASE NO.  25-cv-1069 SEC P
MOHAMMED #A221-148-279

-vs-                                                **JUDGE DRELL**

U S IMMIGRATION & CUSTOMS ET AL    **MAGISTRATE JUDGE PEREZ-MONTES**

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 16), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.  The Petitioner must be released from custody within five (5) business days.

THUS DONE AND SIGNED at Alexandria, Louisiana this __17__ day of  March 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT